UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH FRANCIS WILLIAMS,<br><br>Defendant. | CASE NO. 07-179M<br><br>DETENTION ORDER |

Offense charged:

False Statement in Application for Passport, in violation of Title 18, U.S.C., Section 1542.

Date of Detention Hearing: July 16, 2007

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has an extensive criminal record. It includes multiple drug convictions, firearms offenses, unlawful use of checks, two theft convictions, and a large number of driving offenses.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

(2) He has many failures to appear (the U.S. alleges over 25), and various warrants have been issued for his arrest.

(3) There are pending charges for forgery and a firearms offense.

(4) Defendant allegedly stole identity documents in 2000, and is charged with using that false identity and date of birth in applying for a passport. It is not known how or whether he has used that identity during the intervening period of over six years.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of July, 2007.

   /s/John L. Weinberg
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 2
18 U.S.C. § 3142(i)